UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Delcora Campbell,

       Plaintiff,

                                                20 Civ. 4985  (CM)

-against-

Ammon Analytical Laboratories, LLC,

       Defendants.
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2020

## ORDER DISMISSING CASE WITHOUT PREJUDICE

McMahon, J.:

    The above captioned case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk is directed to terminate the case from the Court's docket.

Dated: August 11, 2020

                                                                       Chief U.S.D.J.

BY ECF TO ALL PARTIES